October 8, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

### ESTATE OF ADEL SHESHTAWY, DECEASED

NO. 14-15-00196-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on February 18, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Valentina Sheshtawy.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.